**ACDV REQUEST / RESPONSE**

| | |
|---|---|
| **Subscriber Code:** REDACTED SallieMae | **Date:** 11/20/2021 |
| **Account number:** REDACTED 0437 | **Control #:** REDACTED |
| **Response Code:** ☐☐ | **FCRA Response Due Date:** 12/09/2021 |
| **DF Contact #:** ☐☐ | **Response Date:** 12/01/2021 |
| ☐ | **CIA ID:** REDACTED |

| Request Data | Response Data | Change |
|---|---|---|
| **Name:** F - MICHAEL M -  L - ADKINS G - | **Name:** F - MICHAEL M - D L - ADKINS G - ☐ | F - Same ☐M - Different ☐L - Same G - Unknown |
| **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS 66208 | **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS☐62084824 | Different |
| **Prev Name:** F -  M -   L -  G - ☐ | **Prev Name:** F -  M - L -  G - ☐ | F - Unknown ☐M - Unknown ☐L - Unknown |
| **Prev Address:** , | **Prev Address:** , ☐☐ | Unknown |
| **SSN:** REDACTED 2299 | **SSN:** ☐ | Same |
| **DOB:** REDACTED 1985 | **DOB:** ☐ | Same |
| **Telephone No:** (913) 544-3949 | **Telephone No:** ☐ | Same |

| Dispute Code 1: 001 | Dispute Code 2: 002 | FCRA Relevant Information: | See Attached ☐ |
|---|---|---|---|

| | Request | Response | | Request | Response |
|---|---|---|---|---|---|
| **Acct Type:** | 12 | | **Term Frequency:** | M | |
| **Acct Status:** | 11 | | **High Cr. Amount:** | $20,000 | |
| **Payment Rating:** | | | **Credit Limit:** | $0 | |
| **Special Comment Code:** | | | **Orig Chg Off Amt:** | $0 | |
| **Compl Condition Code:** | | | **Deferred Payment Start Date:** | | |
| **Portfolio Type:** | I | | **Interest Type Indicator:** | | |
| **Opened Date:** | 09/12/2014 | | **Balloon Payment Amt:** | $0 | |
| **Closed Date:** | | | **Balloon Due Date:** | | |
| **Date of First Delinquency:** | | | **ECOA:** | 2 | |
| **Current Balance:** | $21,464 | | **Consumer Info Indicator:** | | |
| **Date of Last Payment:** | 11/03/2021 | | **Special Payment Ind:** | | |
| **Past Due Amount:** | $0 | | **Activity Date:** | 11/08/2021 | |
| **Scheduled Payment:** | $140 | | **Agency ID:** | | |
| **Actual Payment:** | $500 | | **Sec Mktg Agency Acct #:** | | |
| **Term Duration:** | 84 | | **Mortgage ID:** | | |
| **Orig Creditor Class:** | | | **Port Purch Sale Indicator:** | | |
| **Orig Creditor Name:** | | | **Purch From/Sold to:** | | |

**Account History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2019 | 2 | 3 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 |
| 2020 | 0 | 0 | D | D | D | 3 | 3 | 0 | 0 | 0 | 2 | 3 |
| 2021 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

**Associated Consumer 1**

| |
|---|
| **Name:** |
| **Address:** , |
| **SSN:** |
| **DOB:** |
| **Telephone No:** |
| **ECOA/CII:** / |

**Associated Consumer 2**

| |
|---|
| **Name:** |
| **Address:** , |
| **SSN:** |
| **DOB:** |
| **Telephone No:** |
| **ECOA/CII:** / |

**ACDV Response Submit Confirmation**
* The response you selected is 1 – Account information is accurate as of date reported. If you have entered any information on the Account Information Screen it will not be transmitted to the Credit Reporting Agencies.
* By submitting this ACDV, you certify that you have reviewed and considered all associated images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

**ACDV REQUEST / RESPONSE**

| Subscriber Code: REDACTED SallieMae | Date: 11/20/2021 |
|---|---|
| Account number: REDACTED 3292 | Control #: REDACTED |
| Response Code: | FCRA Response Due Date: 12/09/2021 |
| DF Contact #: | Response Date: 12/01/2021 |
| | CIA ID: REDACTED |

| Request Data | Response Data | Change |
|---|---|---|
| Name: F - MICHAEL M - L - ADKINS G - | Name: F - MICHAEL M - D L - ADKINS G - | F - Same M - Different L - Same G - Unknown |
| Address: 8017 DEARBORN DR PRAIRIE VILLAGE, KS 66208 | Address: 8017 DEARBORN DR PRAIRIE VILLAGE, KS 62084824 | Different |
| Prev Name: F - M - L - G - | Prev Name: F - M - L - G - | F - Unknown M - Unknown L - Unknown |
| Prev Address: , | Prev Address: , | Unknown |
| SSN: REDACTED 2299 | SSN: | Same |
| DOB: REDACTED 1985 | DOB: | Same |
| Telephone No: (913) 544-3949 | Telephone No: | Same |

| Dispute Code 1: 001 | Dispute Code 2: 002 | FCRA Relevant Information: | See Attached |
|---|---|---|---|

| | Request | Response | | Request | Response |
|---|---|---|---|---|---|
| Acct Type: | 12 | | Term Frequency: | M | |
| Acct Status: | 11 | | High Cr. Amount: | $11,000 | |
| Payment Rating: | | | Credit Limit: | $0 | |
| Special Comment Code: | | | Orig Chg Off Amt: | $0 | |
| Compl Condition Code: | | | Deferred Payment Start Date: | | |
| Portfolio Type: | I | | Interest Type Indicator: | | |
| Opened Date: | 01/23/2017 | | Balloon Payment Amt: | $0 | |
| Closed Date: | | | Balloon Due Date: | | |
| Date of First Delinquency: | | | ECOA: | 2 | |
| Current Balance: | $11,744 | | Consumer Info Indicator: | | |
| Date of Last Payment: | 11/03/2021 | | Special Payment Ind: | | |
| Past Due Amount: | $0 | | Activity Date: | 11/08/2021 | |
| Scheduled Payment: | $76 | | Agency ID: | | |
| Actual Payment: | $500 | | Sec Mktg Agency Acct #: | | |
| Term Duration: | 96 | | Mortgage ID: | | |
| Orig Creditor Class: | | | Port Purch Sale Indicator: | | |
| Orig Creditor Name: | | | Purch From/Sold to: | | |

**Account History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2019 | 2 | 3 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | 0 | 0 | D | D | D | 3 | 3 | 0 | 0 | 0 | 2 | 3 |
| 2021 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

**Associated Consumer 1**

| | |
|---|---|
| Name: | |
| Address: , | |
| SSN: | |
| DOB: | |
| Telephone No: | |
| ECOA/CII: / | |

**Associated Consumer 2**

| | |
|---|---|
| Name: | |
| Address: , | |
| SSN: | |
| DOB: | |
| Telephone No: | |
| ECOA/CII: / | |

**ACDV Response Submit Confirmation**

\* The response you selected is 1 — Account information is accurate as of date reported. If you have entered any information on the Account Information Screen it will not be transmitted to the Credit Reporting Agencies.

\* By submitting this ACDV, you certify that you have reviewed and considered all associated images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

**Submitted By:** Rebecca Brooks                    **Tel#:** 3024510277

## ACDV REQUEST / RESPONSE

| | |
|---|---|
| **Subscriber Code:** REDACTED SallieMae | **Date:** 11/20/2021 |
| **Account number:** REDACTED 4214 | **Control #:** REDACTED |
| **Response Code:** | **FCRA Response Due Date:** 12/09/2021 |
| **DF Contact #:** | **Response Date:** 12/01/2021 |
| | **CIA ID:** REDACTED |

| Request Data | Response Data | Change |
|---|---|---|
| **Name:** F - MICHAEL **M** -  **L** - ADKINS **G** - | **Name:** F - MICHAEL M - D **L** - ADKINS **G** - | F - Same **M** - Different **L** - Same **G** - Unknown |
| **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS 66208 | **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS 62084824 | Different |
| **Prev Name:** F -  M -   L -  G - | **Prev Name:** F -  M -  L -  G - | F - Unknown **M** - Unknown **L** - Unknown |
| **Prev Address:** , | **Prev Address:** , | Unknown |
| **SSN:** REDACTED 2299 | **SSN:** | Same |
| **DOB:** REDACTED 1985 | **DOB:** | Same |
| **Telephone No:** (913) 544-3949 | **Telephone No:** | Same |

| Dispute Code 1: 001 | Dispute Code 2: 002 | FCRA Relevant Information: | See Attached |
|---|---|---|---|

| | Request | Response | | Request | Response |
|---|---|---|---|---|---|
| **Acct Type:** | 12 | | **Term Frequency:** | M | |
| **Acct Status:** | 11 | | **High Cr. Amount:** | $10,000 | |
| **Payment Rating:** | | | **Credit Limit:** | $0 | |
| **Special Comment Code:** | | | **Orig Chg Off Amt:** | $0 | |
| **Compl Condition Code:** | | | **Deferred Payment Start Date:** | | |
| **Portfolio Type:** | I | | **Interest Type Indicator:** | | |
| **Opened Date:** | 07/25/2016 | | **Balloon Payment Amt:** | $0 | |
| **Closed Date:** | | | **Balloon Due Date:** | | |
| **Date of First Delinquency:** | | | **ECOA:** | 2 | |
| **Current Balance:** | $11,080 | | **Consumer Info Indicator:** | | |
| **Date of Last Payment:** | 11/03/2021 | | **Special Payment Ind:** | | |
| **Past Due Amount:** | $0 | | **Activity Date:** | 11/08/2021 | |
| **Scheduled Payment:** | $72 | | **Agency ID:** | | |
| **Actual Payment:** | $500 | | **Sec Mktg Agency Acct #:** | | |
| **Term Duration:** | 96 | | **Mortgage ID:** | | |
| **Orig Creditor Class:** | | | **Port Purch Sale Indicator:** | | |
| **Orig Creditor Name:** | | | **Purch From/Sold to:** | | |

### Account History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | 0 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2019 | 2 | 3 | 0 | 0 | 2 | 3 | 0 | 0 | 2 | 2 | 0 |
| 2020 | 0 | 2 | D | D | D | 4 | 4 | 0 | 0 | 0 | 2 | 3 |
| 2021 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

**Associated Consumer 1**

| | |
|---|---|
| Name: | |
| Address: | , |
| SSN: | |
| DOB: | |
| Telephone No: | |
| ECOA/CII: | / |

**Associated Consumer 2**

| | |
|---|---|
| Name: | |
| Address: | , |
| SSN: | |
| DOB: | |
| Telephone No: | |
| ECOA/CII: | / |

**ACDV Response Submit Confirmation**
* The response you selected is 1 – Account information is accurate as of date reported. If you have entered any information on the Account Information Screen it will not be transmitted to the Credit Reporting Agencies.
* By submitting this ACDV, you certify that you have reviewed and considered all associated images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

**Submitted By:** Rebecca Brooks                    **Tel#:** 3024510277

## ACDV REQUEST / RESPONSE

| | |
|---|---|
| **Subscriber Code:** REDACTED SallieMae | **Date:** 11/20/2021 |
| **Account number:** REDACTED 7747 | **Control #:** REDACTED |
| **Response Code:** | **FCRA Response Due Date:** 12/09/2021 |
| **DF Contact #:** | **Response Date:** 12/01/2021 |
| | **CIA ID:** REDACTED |

| Request Data | Response Data | Change |
|---|---|---|
| **Name:** F - MICHAEL **M** - **L** - ADKINS **G** - | **Name:** F - MICHAEL **M** - D **L** - ADKINS **G** - | **F - Same** M - Different **L - Same** G - Unknown |
| **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS 66208 | **Address:** 8017 DEARBORN DR PRAIRIE VILLAGE, KS 62084824 | **Different** |
| **Prev Name:** F - M - L - G - | **Prev Name:** F - M - L - G - | **F - Unknown** M - Unknown **L -** Unknown |
| **Prev Address:** , | **Prev Address:** , | **Unknown** |
| **SSN:** REDACTED 2299 | **SSN:** | **Same** |
| **DOB:** REDACTED 1985 | **DOB:** | **Same** |
| **Telephone No:** (913) 544-3949 | **Telephone No:** | **Same** |

| Dispute Code 1: 001 | Dispute Code 2: 002 | FCRA Relevant Information: | See Attached |
|---|---|---|---|

| | Request | Response | | Request | Response |
|---|---|---|---|---|---|
| **Acct Type:** | 12 | | **Term Frequency:** | M | |
| **Acct Status:** | 11 | | **High Cr. Amount:** | $23,494 | |
| **Payment Rating:** | | | **Credit Limit:** | $0 | |
| **Special Comment Code:** | | | **Orig Chg Off Amt:** | $0 | |
| **Compl Condition Code:** | | | **Deferred Payment Start Date:** | | |
| **Portfolio Type:** | I | | **Interest Type Indicator:** | | |
| **Opened Date:** | 08/24/2015 | | **Balloon Payment Amt:** | $0 | |
| **Closed Date:** | | | **Balloon Due Date:** | | |
| **Date of First Delinquency:** | | | **ECOA:** | 2 | |
| **Current Balance:** | $36,303 | | **Consumer Info Indicator:** | | |
| **Date of Last Payment:** | 11/03/2021 | | **Special Payment Ind:** | | |
| **Past Due Amount:** | $0 | | **Activity Date:** | 11/08/2021 | |
| **Scheduled Payment:** | $281 | | **Agency ID:** | | |
| **Actual Payment:** | $500 | | **Sec Mktg Agency Acct #:** | | |
| **Term Duration:** | 144 | | **Mortgage ID:** | | |
| **Orig Creditor Class:** | | | **Port Purch Sale Indicator:** | | |
| **Orig Creditor Name:** | | | **Purch From/Sold to:** | | |

### Account History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | 0 | 0 | 0 | 0 |
| 2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 2019 | 2 | 3 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 2 | 0 | 0 |
| 2020 | 0 | 2 | D | D | D | 4 | 4 | 0 | 0 | 0 | 2 | 3 |
| 2021 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |

**Associated Consumer 1**

| | |
|---|---|
| **Name:** | |
| **Address:** , | |
| **SSN:** | |
| **DOB:** | |
| **Telephone No:** | |
| **ECOA/CII:** / | |

**Associated Consumer 2**

| | |
|---|---|
| **Name:** | |
| **Address:** , | |
| **SSN:** | |
| **DOB:** | |
| **Telephone No:** | |
| **ECOA/CII:** / | |

**ACDV Response Submit Confirmation**
* The response you selected is 1 — Account information is accurate as of date reported. If you have entered any information on the Account Information Screen it will not be transmitted to the Credit Reporting Agencies.
* By submitting this ACDV, you certify that you have reviewed and considered all associated images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.

**Submitted By:** Rebecca Brooks          **Tel#:** 3024510277