# 47127692
PO BOX 1640
PITTSBURGH, PA 15230-1640

December 02, 2021

If you have questions, please contact:

MICHAEL ADKINS
8017 DEARBORN DR
PRAIRIE VILLAGE, KS 66208

Phone: (800) 540-2505

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

---



Dear Michael,

Thank you for contacting Innovis. We have completed your request(s). Please review the following pages.

If you have any questions or concerns, you may visit www.innovis.com or contact our Consumer Assistance Department at 1-800-540-2505. Representatives are available to assist you Monday through Friday, 8am - 8pm ET.

Sincerely,

Innovis Consumer Assistance



 **What We've Done for You**

At Innovis, we are dedicated to helping you understand and manage your Innovis Credit Report. Visit the Learning Center at **www.innovis.com** to learn more about your Innovis Credit Report, our pledge to protect your privacy, the steps you can take to protect your information, and your rights as a consumer. Additionally you can contact Innovis Consumer Assistance at **1-800-540-2505**.

## Investigation Results

Per your request, we investigated the items you disputed. The results are shown below. Please review your Credit Report for any updates that were made as a result of your dispute. If you disagree with the results of our findings, you may add a brief statement to your file. You may also contact the company that furnished the information to us. The law requires a Consumer Reporting Agency to disclose mortgage and educational credit scores.

Innovis does not offer these types of scores. However, upon request, consumers can receive a copy of their Innovis Credit Report. For information about your FICO credit score, you can contact the Fair Isaac Corporation, the company that generates FICO credit scores, at www.myfico.com or 1-800-319-4433.

### No Change

**The item(s) listed below have been verified. The most current information is shown below.**

SALLIE MAE #...3292

SALLIE MAE #...4214

SALLIE MAE #...7747

SALLIE MAE #...0437



# MICHAEL ADKINS

December 02, 2021

**Account History:**

- All accounts display the most recent information received from the Creditor.  This report does not show activity on the account after the date shown.

- Accounts paid as agreed may remain on your credit report indefinitely. In most cases, negative information may remain on your report for up to 7 years. Items shaded below may be considered negative information.

**Personal Information:**

The report displays the name, address, date of birth or telephone number that the creditor provided for each account. As a security precaution, we display only the last 4 digits of any SSN numbers reported to us. Innovis displays only the month and year of date of birth.

**Payment History Legend:**
No data is available for months left blank in the payment history.

**OK** = Current Account (0-29 days past due)   **60** = 60-89 days past due   **90** = 90-119 days past due
**120** = 120-149 days past due   **150** = 150-179 days past due

## ACCOUNTS

**BANK OF AMERICA NA:** Individual Auto
Account#:...7773   Account information as of 08/31/2018

**NEVER PAST DUE**

| | | | |
|---|---|---|---|
| **Account Status:** | Paid/Closed | **Balance:** | $0 |
| **Date Opened:** | 07/22/2015 | **Last Payment:** | $288 |
| **Date Closed:** | 08/03/2018 | **Last Payment Date:** | 08/03/2018 |
| **Date Last Reported:** | 08/31/2018 | **High Balance:** | $9,924 |
| **Terms Duration:** | 36 | | |

**Creditor Contact Info:**

BANK OF AMERICA NA
PO BOX 45144 FL9-600-02-15
JACKSONVILLE, FL   32231
(800) 215-6195

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | OK | OK | OK | OK | OK | OK | OK | OK |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | | | | | |

**Personal Information:**

**Name:** Michael D Adkins
**Address:** 8017 Dearborn Dr
Prairie Village, KS 66208
**DOB:** REDACTED/1985
**SSN:** XXX-XX-2299
**Phone:**



**JPMCB CARD SERVICES**: Individual Flexible Spending Credit Card
*Account#:...1830     Account information as of 11/21/2021*

**NEVER PAST DUE**

| | | | |
|---|---|---|---|
| **Account Status:** | Current | **Balance:** | $44 |
| **Date Opened:** | 09/05/2018 | **Last Payment Date:** | 11/19/2021 |
| **Date Last Reported:** | 11/21/2021 | **High Balance:** | $5,171 |
| **Scheduled Payment:** | $40 | | |
| **Terms Duration:** | NA | | |
| **Credit Limit:** | $23,700 | | |

**Creditor Contact Info:**

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE   19850
(800) 945-2000

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | OK | OK | OK | OK |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2020 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

**Personal Information:**

| | |
|---|---|
| **Name:** | Michael D Adkins |
| **Address:** | 8017 Dearborn Dr |
| | Prairie Village, KS 66208 |
| **DOB:** | REDACTED/1985 |
| **SSN:** | XXX-XX-2299 |
| **Phone:** | (913) 449-3371 |

---

**SALLIE MAE**: Joint Education Loan
*Account#:...0437     Account information as of 12/01/2021*

**NEGATIVE**

| | | | |
|---|---|---|---|
| **Account Status:** | Current | **Balance:** | $21,464 |
| **Date Opened:** | 09/12/2014 | **Last Payment:** | $500 |
| **Date Last Reported:** | 12/01/2021 | **Last Payment Date:** | 11/03/2021 |
| **Scheduled Payment:** | $140 | **High Balance:** | $20,000 |
| **Terms Duration:** | 84 | | |

**Creditor Contact Info:**

SALLIE MAE
P O BOX 3229
WILMINGTON, DE   19804

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 | OK | OK | OK | OK | 60 | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | OK | OK | OK |
| 2019 | 60 | 90 | OK | OK | OK | 60 | 90 | OK | OK | OK | OK | OK |
| 2020 | OK | OK | | 90 | 90 | OK | OK | OK | 60 | 90 | | |
| 2021 | 120 | 150 | OK | OK | OK | OK | OK | OK | OK | | | |

We estimate the account will become positive in:
**08/2027**

**Personal Information:**

| | |
|---|---|
| **Name:** | Michael D Adkins |
| **Address:** | 8017 Dearborn Dr |
| | Prairie Village, KS 66208 |
| **DOB:** | REDACTED/1985 |
| **SSN:** | XXX-XX-2299 |
| **Phone:** | (913) 544-3949 |



## SALLIE MAE: Joint Education Loan — NEGATIVE
*Account#:...7747    Account information as of 12/01/2021*

| | | | |
|---|---|---|---|
| Account Status: | Current | Balance: | $36,303 |
| Date Opened: | 08/24/2015 | Last Payment: | $500 |
| Date Last Reported: | 12/01/2021 | Last Payment Date: | 11/03/2021 |
| Scheduled Payment: | $281 | High Balance: | $23,494 |
| Terms Duration: | 144 | | |

Creditor Contact Info:

SALLIE MAE
P O BOX 3229
WILMINGTON, DE   19804

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | OK | OK | OK | OK |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | OK | OK | OK |
| 2019 | 60 | 90 | OK | OK | OK | 60 | 90 | OK | 60 | OK | OK | OK |
| 2020 | OK | 60 | | | | 120 | 120 | OK | OK | 60 | 90 | |
| 2021 | 120 | 150 | OK | OK | OK | OK | OK | OK | OK | OK | | |

We estimate the account will become positive in: **08/2027**

Personal Information:

**Name:** Michael D Adkins
**Address:** 8017 Dearborn Dr
Prairie Village, KS 66208
**DOB:** REDACTED/1985
**SSN:** XXX-XX-2299
**Phone:** (913) 544-3949

## SALLIE MAE: Joint Education Loan — NEGATIVE
*Account#:...4214    Account information as of 12/01/2021*

| | | | |
|---|---|---|---|
| Account Status: | Current | Balance: | $11,080 |
| Date Opened: | 07/25/2016 | Last Payment: | $500 |
| Date Last Reported: | 12/01/2021 | Last Payment Date: | 11/03/2021 |
| Scheduled Payment: | $72 | High Balance: | $10,000 |
| Terms Duration: | 96 | | |

Creditor Contact Info:

SALLIE MAE
P O BOX 3229
WILMINGTON, DE   19804

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | OK | OK | OK | OK |
| 2017 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | OK | OK | OK |
| 2019 | 60 | 90 | OK | OK | OK | 60 | 90 | OK | 60 | OK | OK | OK |
| 2020 | OK | 60 | | | | 120 | 120 | OK | OK | 60 | 90 | |
| 2021 | 120 | 150 | OK | OK | OK | OK | OK | OK | OK | OK | | |

We estimate the account will become positive in: **08/2027**

Personal Information:

**Name:** Michael D Adkins
**Address:** 8017 Dearborn Dr
Prairie Village, KS 66208
**DOB:** REDACTED/1985
**SSN:** XXX-XX-2299
**Phone:** (913) 544-3949



**Innovis**

---

| **SALLIE MAE**: Joint Education Loan | | **NEGATIVE** |
|---|---|---|
| *Account#:...3292    Account information as of 12/01/2021* | | |

| | | | |
|---|---|---|---|
| Account Status: | Current | Balance: | $11,744 |
| Date Opened: | 01/23/2017 | Last Payment: | $500 |
| Date Last Reported: | 12/01/2021 | Last Payment Date: | 11/03/2021 |
| Scheduled Payment: | $76 | High Balance: | $11,000 |
| Terms Duration: | 96 | | |

**Creditor Contact Info:**

SALLIE MAE
P O BOX 3229
WILMINGTON, DE   19804

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 60 | OK | OK | OK |
| 2019 | 60 | 90 | OK | OK | OK | 60 | 90 | OK | OK | OK | OK | OK |
| 2020 | OK | OK | | | 90 | 90 | OK | OK | OK | 60 | 90 | |
| 2021 | 120 | 150 | OK | OK | OK | OK | OK | OK | OK | OK | | |

We estimate the account will become positive in: **08/2027**

**Personal Information:**

| Name: | Michael D Adkins |
|---|---|
| Address: | 8017 Dearborn Dr |
| | Prairie Village, KS 66208 |
| DOB: | REDACTED/1985 |
| SSN: | XXX-XX-2299 |
| Phone: | (913) 544-3949 |

---

| **SYNCB / BANANA REPUBLIC DC**: Authorized User Credit Card | | **NEVER PAST DUE** |
|---|---|---|
| *Account#:...5893    Account information as of 11/26/2021* | | |

| | | | |
|---|---|---|---|
| Account Status: | Current | Balance: | $128 |
| Date Opened: | 12/29/2013 | Last Payment Date: | 10/20/2021 |
| Date Last Reported: | 11/26/2021 | High Balance: | $672 |
| Scheduled Payment: | $29 | | |
| Terms Duration: | NA | | |
| Credit Limit: | $4,200 | | |

**Creditor Contact Info:**

SYNCB / BANANA REPUBLIC DC
C/O P.O. BOX 965005
ORLANDO, FL   32896
(866) 230-9175

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2016 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2017 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2019 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2020 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

**Personal Information:**

| Name: | Mike Adkins |
|---|---|
| Address: | 8017 Dearborn Dr |
| | Prairie Village, KS 66208 |
| DOB: | REDACTED/1985 |
| SSN: | |
| Phone: | |



| **VW CREDIT, INC**: Individual Auto | | | **NEVER PAST DUE** |
|---|---|---|---|
| *Account#:...6123    Account information as of 11/02/2021* | | | |

| **Account Status:** | Current | **Balance:** | $2,189 | **Creditor Contact Info:** |
|---|---|---|---|---|
| **Date Opened:** | 12/18/2018 | **Last Payment:** | $214 | |
| **Date Last Reported:** | 11/02/2021 | **Last Payment Date:** | 11/01/2021 | VW CREDIT, INC |
| **Scheduled Payment:** | $214 | **High Balance:** | $10,000 | PO BOX 3 |
| **Terms Duration:** | 60 | | | HILLSBORO, OR   97123 |
| | | | | (800) 428-4034 |

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2019 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2020 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

**Personal Information:**

**Name:** Michael Adkins
**Address:** 8017 Dearborn Dr
Prairie Village, KS 66208
**DOB:** REDACTED/1985
**SSN:** XXX-XX-2299
**Phone:** (913) 449-3371

## INQUIRIES

### Requests Others Can See:

This section lists businesses that have viewed your credit report
as a result of transactions you requested, such as when you applied for credit.
Anyone looking at your report can see these requests and creditors may look at
them in evaluating your creditworthiness.

We have no record of recent requests for your credit file.

### Requests Only You Can See:

This section lists businesses that have viewed your credit report, such as
creditors who offer you pre-approved credit, creditors who monitor
your existing accounts with them; or companies who are collecting a debt. You
may not have initiated these transactions and may not recognize the parties'
names. We also record inquiries when you request a copy of your file from
Innovis. Only you can see this record of requests, and we do not include these
requests on credit reports to others.

| Business: | Innovis Consumer Assistance |
|---|---|
| | Po Box 1689  Pittsburgh, PA 15230 |
| | (800) 540-2505 |
| Date Requested: | 10/28/2021 |

## OTHER CONSUMER INFORMATION

This section includes additional identity information provided by you or your authorized representative to Innovis.

| **Name Variations:** | **Addresses:** | **SSN Variations:** | **Birth Date:** | **Telephone Numbers:** |
|---|---|---|---|---|
| Michael David Adkins | | | | |

### Notice to Consumers - Reinvestigation Procedures:

Innovis investigates information that you dispute directly with Innovis or that it receives from a consumer reporting agency that resells its information. When Innovis receives your dispute, it will first review the dispute in order to determine the best way to resolve it. Innovis reviews any information you provide in support of your dispute. In some cases, Innovis resolves the dispute by verifying or correcting its own records. In other cases, Innovis sends notice of the dispute to the company that provided Innovis with information about your relationship with that company. These companies are called data furnishers. At the same time it notifies a data furnisher of the dispute, Innovis will provide the data furnisher with any relevant information that you have provided to Innovis about the dispute. If the data furnisher fails to respond timely, Innovis deletes or modifies the disputed information in accordance with your dispute. If Innovis receives a response from the data furnisher, Innovis will review the response and either delete or modify the information based upon the data furnisher's response and any other



information that Innovis has discovered during the investigation. When responding to disputes, data furnishers review and consider all relevant information and verify the accuracy of the information reported to Innovis. The entire reinvestigation process may last up to 30 days (21 days for Maine residents) from the date Innovis receives your dispute.

When Innovis completes its investigation, it will mail you the results of its investigation. If the reinvestigation does not resolve the dispute, you may file a brief statement with Innovis setting forth your dispute. Innovis includes this statement in any subsequent consumer report containing the information in question. The statement may contain up to 200 words. If you would like to add a consumer statement, please mail your statement to Innovis Consumer Assistance, PO Box 1640, Pittsburgh, PA 15230-1640. Please note: **Any medical information provided in the statement will be disclosed in subsequent consumer reports.**

If you are not satisfied with the results of your dispute, please contact us so that we may further assist you. Alternatively, you may send Innovis additional documents in support of the dispute, contact the source of the information directly, or submit a complaint through the Consumer Financial Protection Bureau portal or your state attorney general.

If Innovis deleted information on your Innovis Credit Report as a result of its investigation or added a statement at your request, you may ask us to send a notification of the deletion or of the statement to any person you designate who has received your Innovis Credit Report within the last 6 months.

If you sent us documents that prove your identity, we may add personal identity information from those documents to your Innovis Credit Report. You will see this information in the Other Consumer Information section of your Innovis Credit Report.



# Federal ID Theft Summary of Rights

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*
*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.**

   A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   • Equifax: 1-800-525-6285; **www.equifax.com**
   • Experian: 1-888-397-3742; **www.experian.com**
   • TransUnion: 1-800-680-7289; **www.transunion.com**

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit **www.consumerfinance.gov/learnmore**.

2. **You have the right to free copies of the information in your file (your "file disclosure").**

   An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See **www.consumerfinance.gov/learnmore**.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.**

   A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See **www.consumerfinance.gov/learnmore**.



# Federal ID Theft Summary of Rights

**4. You have the right to obtain information from a debt collector.**

If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.**

An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.**

To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7. The following FCRA right applies with respect to nationwide consumer reporting agencies:**

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit **www.consumerfinance.gov/learnmore**, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at **www.consumerfinance.gov/learnmore**.

 **Federal Summary of Rights**

---

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*
*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

**You may have additional rights under Maine's FCRA, Maine Revised Statutes, Title 10, Section 1306 et seq.**

- **You must be told if information in your file has been used against you.**

  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.**

  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See **www.consumerfinance.gov/learnmore** for additional information.

- **You have the right to ask for a credit score.**

  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**

  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See **www.consumerfinance.gov/learnmore** for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**

  Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.



# Federal Summary of Rights

- **Consumer reporting agencies may not report outdated negative information.**

  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**

  A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**

  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to **www.consumerfinance.gov/learnmore**.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**

  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-567-8688.

- **The following FCRA right applies with respect to nationwide consumer reporting agencies:**

  **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

  **You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization**. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.**

  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**

  For more information, visit **www.consumerfinance.gov/learnmore**.

 **Innovis**

# Federal Summary of Rights

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| **1.** a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB. | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission:<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act. 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission: Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

 **Innovis**

# Frequently Asked Questions

## 1. Does Innovis provide a credit score?

The law requires a Consumer Reporting Agency to disclose mortgage and educational credit scores. Innovis does not offer these types of scores. However, upon request, consumers can receive a copy of their Innovis Credit Report. For information about your FICO credit score, you can contact the Fair Isaac Corporation, the company that generates FICO credit scores, at www.myfico.com or 1-800-319-4433.

## 2. Where do you get my payment history?

Payment history in your credit report is supplied to Innovis by credit grantors with whom you have credit. This includes both open accounts and accounts that have already been closed.

## 3. How long can items show on my Innovis Credit Report?

Accounts paid as agreed may remain in your credit report indefinitely. Innovis is not required to remove adverse information that is accurate from the credit report. You may dispute the accuracy of the adverse information with us and we will verify it with the furnisher. If verified, the information usually will remain for seven years or ten years in cases under the Bankruptcy Act.

## 4. Does a Divorce Decree release my obligation to my creditors?

A divorce decree does not supersede an original contract with the creditor and does not release you from legal responsibility on any accounts. You must contact each creditor individually and seek their legally binding release of your obligation. Only after you provide the release to us can we update your credit history.

## 5. Why do I have duplicate accounts?

What appear to be duplicate accounts on your credit report may instead be either revolving and installment accounts issued by the same credit grantor or a transferred account for which the credit grantor has issued a new account number.

## 6. How do I stop receiving preapproved offers?

You can submit your request to stop receiving preapproved credit or insurance offers either through the OptOutPrescreen.com Web site or by calling the toll-free number (888) 5-OPTOUT (888-567-8688). Opting-Out will remove your name from lists generated by consumer reporting agencies.

Once you Opt-Out, several weeks may pass before you see a decrease in the amount of offers mailed; you need not resubmit your request. In addition, you may continue to receive mail from local area merchants, professional associations and companies you have a current relationship with. You may also receive mail addressed to 'current resident' or 'occupant.' To eliminate these types of mailings, send an Opt-Out request to the Direct Marketing Association:

DMAchoice
Direct Marketing Association
P.O. Box 643
Carmel, NY 10512

To resume receiving preapproved credit offers generated from consumer reporting agency lists, call (888) 5-OPTOUT (888-567-8688) and select the Opt-In option, or logon to OptOutPrescreen.com.

## 7. What should I do if I think I might be a victim of identity theft?

Contact Innovis, as well as one of the Nationwide Consumer Reporting Agencies, to request that a Fraud Alert be added to your credit report. You should also file a police report, complete an FTC fraud affidavit, and notify all of your creditors.



# Frequently Asked Questions

You may add a Fraud Alert to your Innovis Credit Report by phone at 800-540-2505.
Representatives are available to assist you Monday-Friday 8am-8pm ET.
You may submit your request by mail:

Innovis Consumer Assistance
PO Box 26
Pittsburgh, PA 15230-0026

You may submit your request online at www.innovis.com.

You may request an Alert in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 8. What is a Fraud Alert?

There are three types of Fraud Alerts. The Alerts are provided to anyone who receives a copy of your credit report.
A Fraud Alert is a message that instructs creditors to verify your identity.

- Initial Fraud Alert: The Alert will remain in your credit report for 12 months unless you request that the Alert be removed. You are entitled to request a no-cost copy of your Innovis Credit Report within 12 months of the date you add the Initial Fraud Alert. State laws may entitle you to receive additional copies.

- Active Duty Alert: The Alert will remain in your credit report for one year unless you request that the Alert be removed. As an additional precaution, we remove your name and address from lists used to provide preapproved offers of credit and insurance for the next two years. You are entitled to request a no-cost copy of your Innovis Credit Report within 12 months of the date you add the Active Duty Alert.

- Extended Fraud Alert: The Alert will remain in your credit report for seven years unless you request that the Alert be removed. As an additional precaution, we remove your name and address from lists used to provide preapproved offers of credit and insurance for the next five years. You are entitled to request two no-cost copies of your Innovis Credit Report within 12 months of the date you add the Extended Fraud Alert.

Innovis does not share Fraud Alerts with the other credit reporting agencies. You must contact one of the Nationwide Consumer Reporting Agencies (Equifax, Experian, or TransUnion) to request that a Fraud Alert be added to your credit report with them.

## 9. What is a Security Freeze?

A Security Freeze prohibits Innovis from releasing your credit report information without your authorization.
Exceptions exist when the requests come from:

- Yourself
- Child support agencies
- Court orders
- Credit monitoring services
- Creditors with whom you have a current relationship
- Creditors with whom you have a past relationship
- The Treasury Department

Fees may apply. Where fees apply, they generally range from $5 to $15. Innovis will waive these fees for victims of identity theft.

You may add a Security Freeze to your Innovis Credit Report by phone at 800-540-2505.

 **Frequently Asked Questions**

Representatives are available to assist you Monday-Friday 8am-8pm ET.
You may submit your request by mail:

Innovis Consumer Assistance
PO Box 26
Pittsburgh, PA 15230-0026

You may submit your request online at www.innovis.com.

You may request a Freeze in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 10. How do I dispute the items on my Innovis Credit Report?

You may dispute items on your credit report by phone at 800-540-2505.
Representatives are available to assist you Monday-Friday 8am-8pm ET.

You may submit your dispute by mail:

Innovis Consumer Assistance
PO Box 1640
Pittsburgh, PA 15230-1640

Please include any supporting documentation with your dispute.

If you have a login and password, you may dispute online at www.innovis.com. If you need a login and password, call Consumer Assistance at 800-540-2505. Representatives are available to assist you Monday-Friday 8am-8pm ET.

You may dispute in person:

875 Greentree Road
8 Parkway Center
Pittsburgh, PA 15220

## 11. How do you get my information?

Information regarding your credit history is provided to Innovis by companies that have existing and past credit relationships with you.

## 12. Why don't all items appear on my Innovis Credit Report?

Not all credit grantors report to all credit reporting agencies. If you believe yours does not report to Innovis, please contact them directly to inquire about whether they will begin reporting.