# **EXHIBIT A**

# Smart Option Student Loan®
*Application and Promissory Note*

**SallieMae**

Customer ID Number: 9148484361
Application: 1SCL1306
Prom Note: 3SCL1406
900905

## Section A: Student Information — Please read instructions before completing this application

- **Social Security Number:** ████1801
- **Last Name:** ADKINS
- **First Name:** MARY
- **MI:** G
- **Primary Phone Number:** (913) 402-9166 [X] Home [ ] Cell
- **Secondary Phone Number:** [ ] Home [ ] Cell
- **E-mail address:** MDKA2563@OUTLOOK.COM
- **Date of Birth:** ██-1995
- **Citizenship:** [X] U.S. Citizen [ ] Non-Citizen Permanent US Resident [ ] Foreign Citizen
- **Country (Foreign Citizens only):**
- **Permanent Address:** 14557 WINDSOR ST
- **City:** LEAWOOD
- **State:** KS
- **Zip Code:** 66224-3716
- **Prior Address:** (blank)
- **Current Mailing Address:** (blank)
- **Repayment Option:** Interest Only
- **Rate Type:** Variable
- **School Name:** UNIVERSITY OF KANSAS
- **School City:** LAWRENCE
- **School State:** KS
- **Degree/Certificate of Study:** Bachelors
- **Major (Course of Study):** NUR
- **Anticipated Graduation/Completion Date:** 05-15-2017
- **Enrollment Status:** [X] Full Time [ ] Half-Time [ ] Less Than Half-Time
- **Requested Loan Amount:** $20,000.00
- **Cumulative GPA:** 3.7
- **Scale:** [X] 4.0 [ ] 5.0 [ ] 6.0 [ ] other
- **Academic Period for the Loan:** From 08-25-2014 To 12-19-2014
- **Grade Level:** Undergraduate [ ]1 [X]2 [ ]3 [ ]4 [ ]5 [ ]R  Graduate [ ]A [ ]B [ ]C [ ]D
- **Employment Status:** Not Employed
- **Current Employer Name:** (blank)
- **Occupation:** (blank)
- **Work Phone Number:** (blank)
- **Extension:** (blank)
- **Length of Time at Current Employer:** Years 0  Months 0
- **Annual Gross Income:** $
- **Additional Annual Gross Income:** $
- **Source of Additional Income:** (blank)
- **Additional Household Annual Gross Income:** $
- **Source of Additional Household Income:** (blank)
- **Do you have one or more of the accounts listed below?** Checking [ ] Yes [X] No  Other Savings/Assets [ ] Yes [X] No
- **Residence Type:** [ ] Own [ ] Rent [X] Live with parent(s) [ ] Dorm [ ] Other
- **Monthly Mortgage/Rent Amount:** (blank)

**Personal Contacts:**

| Last Name | First Name | Relationship to Student |
|---|---|---|
| PIENE | JEANIE | RELATIVE |

- **Address:** 9449 LOWELL AVE, **City:** OVERLAND PARK, **State:** KS, **Zip:** 66212-3211, **Primary Phone:** (913) 402-9166

| Last Name | First Name | Relationship to Student |
|---|---|---|
| ADKINS | KIPP | FATHER |

- **Address:** 8017 DEARBORN DR, **City:** PRAIRIE VILLAGE, **State:** KS, **Zip:** 66208-4824, **Primary Phone:** (913) 544-3030

## Section B: Cosigner Information

- **Social Security Number:** ████2299
- **Last Name:** Adkins
- **First Name:** Michael
- **MI:** D
- **Primary Phone Number:** (913) 544-3040 [ ] Home [X] Cell
- **Secondary Phone Number:** [ ] Home [ ] Cell
- **E-mail address:** kadkins@tallgrasstech.com
- **Date of Birth:** ██1985
- **Citizenship:** [X] U.S. Citizen [ ] Non-Citizen Permanent US Resident
- **Relationship to Student:** Other
- **Permanent Address:** 8017 DEARBORN DR
- **City:** Prairie Village
- **State:** KS
- **Zip Code:** 662084824
- **Previous Address:** (blank)
- **Employment Status:** Employed FT
- **Current Employer Name:** RSM McGladry
- **Occupation:** Business Manager/Management Consultant
- **Work Phone Number:** (913) 217-6124
- **Extension:** (blank)
- **Length of Time at Current Employer:** Years 5  Months 1
- **Annual Gross Income:** $83,000.00
- **Additional Annual Gross Income:** $
- **Source of Additional Income:** (blank)
- **Additional Household Annual Gross Income:** $
- **Source of Additional Household Income:** (blank)
- **I have the following assets:** Checking $6,756.00  Other Savings/Assets $31,000.00
- **Residence Type:** [X] Own [ ] Rent [ ] Other
- **Monthly Mortgage/Rent Amount:** 1,978.00

## Section C: Student and Cosigner Signature

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT**

**NOTICE TO CUSTOMER** (a) DO NOT SIGN THIS BEFORE YOU READ THE PROMISSORY NOTE EVEN IF OTHERWISE ADVISED. (b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES. (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT.

I declare that the information provided above is true and complete to the best of my knowledge and belief. I acknowledge that I have received a true and exact copy of the Promissory Note accompanying this application and each applicable Notice to Cosigner. I have read them and agree to the terms therein. I understand and agree that you may obtain a consumer credit report in connection with this application and in connection with any updates, renewals or extensions of any credit as a result of this application. **Promise to Pay:** Jointly and severally with the other signers below, I promise to pay the lender or any other holder of this loan all sums disbursed under the terms of the Promissory Note, plus interest and all other fees, charges, and costs that may become due. This agreement and the terms and conditions set forth in the Promissory Note constitute the entire agreement between us.

**Student Signature:** MARY G ADKINS  F50FAC776ECBAC420EAFF507BEC2B905 (seal)   **Date:** 07/04/2014

**Cosigner Signature:** Michael D Adkins  FDEB4D12852FF37D0941E80720EB9CB3 (seal)   **Date:** 07/04/2014

OLA_SWIS

(Copyright Sallie Mae 2000-2013)